## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OROZCO FELIX,** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  26-2491** |
| | : | |
| **JAMISON et al,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 15th day of June, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez